594

No. 179. MAYERS *v.* MASSACHUSETTS MUTUAL LIFE INSURANCE Co. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Jay Leo Rothschild* for petitioner. *Mr. Hartwell Cabell* for respondent.

No. 182. TELLING ET AL. *v.* BELLOWS CLAUDE NEON Co. ET AL. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. R. B. Newcomb* and *Herman J. Nord* for petitioners. *Messrs. William Bohleber* and *Francis H. Fassett* for respondents.

No. 183. TAYLOR *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Fred A. Woodis* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Mr. James W. Morris* for respondent.

No. 188. MATALONE ET AL. *v.* PEORIA LIFE INSURANCE Co. ET AL. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Tom D. McKeown* for petitioners. *Messrs. Montgomery S. Winning, J. B. Wolfenbarger,* and *George W. Hunt* for respondents.

No. 382. UNION GUARANTEE & MORTGAGE Co. *v.* VAN SCHAICK, SUPERINTENDENT OF INSURANCE. October 14, 1935. Petition for writ of certiorari to the Circuit Court